UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI,<br><br>    Plaintiff,<br><br>    v.<br><br>JARED LOZANO, Warden,<br><br>    Defendant. | No. 2:19-cv-2298-KJM-EFB P<br><br><br>ORDER |

    Plaintiff Shu Chinsami ("Plaintiff"), a state inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 3, 2020, the Court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff fourteen days within which to pay the $400 filing fee for this action. ECF No. 26. Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. *Id.* Plaintiff has not paid the fee or otherwise responded to the order.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: April 17, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE